UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOY E. NELSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. C25-5260-MLP <br><br> ORDER TO SHOW CAUSE |

On March 25, 2025, Plaintiffs filed a complaint in this action. (Dkt. # 1.) On April 9, 2025, Plaintiffs filed an affidavit certifying that service was effected on all Defendants by April 4, 2025. (Dkt. # 7.) Defendants' responses to the complaint were therefore due by June 3, 2025. Fed. R. Civ. P. 12(a)(2). No further activity has been recorded on the docket, however, and Defendants have not yet appeared in this matter. Accordingly, Plaintiff is ORDERED to show cause by **June 23, 2025**, why this action should not be dismissed for failure to prosecute. If no timely response is provided, the action will be subject to dismissal without prejudice.

//

//

ORDER TO SHOW CAUSE - 1

Dated this 12th day of June, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2